# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

TIMOTHY ADDISON MCCARNEY,

    Plaintiff,

v.

ADULT BEHAVIOR HEALTH SERVICES, et al.,

    Defendants.

CASE NO. 3:19-CV-0812-RBL-JRC

ORDER DIRECTING DEFENDANTS TO FILE ADDRESS UNDER SEAL

On August 21, 2019 the Court directed service of plaintiff's complaint. Dkt. 7. Waivers of service were due September 30, 2019. *See* docket entry dated August 21, 2019. To date, defendants Zahn, Montaque, Del Real, Sanchez, and White have not returned a waiver of service. *See* Dkt. Defense counsel has not appeared on behalf of defendants Zahn, Montaque, Del Real, Sanchez, and White. *See* Dkt.

The court has no jurisdiction over defendants Zahn, Montaque, Del Real, Sanchez, and White until these defendants have been properly served under Fed. R. Civ. P. 4. *Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc.*, 840 F.2d 685, 688 (9th Cir. 1988). Under Rule 4(c)(2), the Court may order that personal service be made by a United States marshal.

However, in this district, the marshals do not attempt personal service upon a defendant unless mail service is unavailing. *See* Local Rule 4(c).

If defendants are in possession of the last known business or residential address of defendants Zahn, Montaque, Del Real, Sanchez, and White, defendants are ordered to submit such address(es) to the Court **under seal on or before November 2, 2019.** so that the Clerk may attempt to effect service. This solution alleviates two concerns involving prisoner litigation: (1) the security risks inherent in providing prisoners with addresses of people formerly employed by the state; and (2) reducing the problems prisoners sometimes encounter when they are attempting to access information through the government. *Sellers v. United States*, 902 F.2d 598, 602-603 (7th Cir. 1990). Defendants Zahn, Montaque, Del Real, Sanchez, and White may also satisfy this order by filing a waiver and by having counsel enter a notice of appearance on his or her behalf. All service documents with said address(es) shall also be filed under seal.

Dated this 2nd day of October, 2019.

J. Richard Creatura
United States Magistrate Judge