UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ADDISON MCCAMEY,

    Plaintiff,

v.

ADULT BEHAVIOR HEALTH SERVICES, *et al.*,

    Defendants.

CASE NO. 2:19-cv-00812-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. Plaintiff's motion "for judgment" (Dkt. 19) is interpreted as a motion for entry of default and default judgment and is denied.

(2) The Clerk shall send copies of this order to plaintiff and Judge Creatura.

Dated this 20th day of December, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1