UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY A. MCCAMEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN BEHAVIORAL HEALTH SYSTEMS INC., *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:19-cv-00812-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and ORDER:

　　(1) The Court adopts the Report and Recommendation. Defendants' summary judgment motions (Dkts. 45, 48) are granted. The Court dismisses with prejudice plaintiff's remaining claims.

　　(2) For purposes of any appeal, plaintiff's *in forma pauperis* status is revoked.

///

///

(3) The Clerk shall close the case and send copies of this order to plaintiff and Judge Creatura.

Dated this 8th day of July, 2020.

Ronald B. Leighton
United States District Judge